**EXHIBIT A**

Mario Perea
1813 Auburn Ave
Naperville, IL 60565-6744

October 3, 2017

**DYNAMIC RECOVERY SOLUTIONS**



Original Creditor: Chase Bank USA, N.A.
Original Account Number: ************3731
Current Creditor: Pinnacle Credit Services, LLC
DRS Account No.: 058724155
Current Balance: $9,502.08

Dear Mario Perea,

We have been asked to contact you by our client, Pinnacle Credit Services, LLC, regarding your past due account with them. Our client has not received payment as of the date of this correspondence. Therefore, the account has been placed with our office for collection.

① You may resolve your account for $3,800.83 if payment is received before November 17, 2017. We are not obligated to renew this offer. Upon receipt and clearance of your payment, this account will be considered satisfied and closed, and a satisfaction letter will be issued or;

② You may resolve your account for $4,275.94 in 2 payments starting on November 17, 2017. To comply with this offer, payments should be no more than 30 days apart. We are not obligated to renew this offer. Upon receipt and clearance of these two payments of $2,137.97, this account will be considered satisfied and closed, and a satisfaction letter will be issued or;

③ You may resolve your account for $4,751.04 in 4 payments starting on November 17, 2017. To comply with this offer, payments should be no more than 30 days apart. We are not obligated to renew this offer. Upon receipt and clearance of these four payments of $1,187.76, this account will be considered satisfied and closed, and a satisfaction letter will be issued or;

④ If you are unable to accept the above offer(s), please contact our office. We take pride in working with all consumers, regardless of your current financial position.

**Customer Service: 877-821-1659**

**http://drs.cssimpact.com/negotiator/**

**PO BOX 25759, GREENVILLE, SC 29616-0759**

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within 30 days after receipt of this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

The law limits how long you can be sued on a debt. Because of the age of your debt, Pinnacle Credit Services, LLC will not sue you for it and Pinnacle Credit Services, LLC will not report it to any credit reporting agency.

---

Please Detach And Return in The Enclosed Envelope With Your Payment.



PO BOX 25759
GREENVILLE, SC 29616-0759

Payment Options: Online - visit us at http://drs.cssimpact.com/negotiator • Money Gram - use code 7143
PayPal - send payment to payment@gotodrs.com • Check or Money Order - payable to Dynamic Recovery Solutions

TO PAY BY CREDIT CARD, PLEASE COMPLETE THE SECTION BELOW
☐ VISA  ☐ MasterCard  ☐ Check  ☐ Money Order

CARD NUMBER | EXP. DATE
SIGNATURE | SECURITY CODE
ACCOUNT # 058724155 | CIRCLE PAYMENT OPTION 1 2 3 4 | AMOUNT

Mario Perea
1813 Auburn Ave
Naperville, IL 60565-6744

DYNAMIC RECOVERY SOLUTIONS
PO BOX 25759
GREENVILLE, SC 29616-0759





821889  00004063
40A  Dynamic.wfd
Page 1 of 1

## PRIVACY NOTICE

This Privacy Notice is being provided on behalf of each of the following related companies (collectively, the "Resurgent Companies"). It describes the general policy of the Resurgent Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Resurgent Capital Services L.P | LVNV Funding, LLC | Ashley Funding Services LLC |
| Sherman Acquisition L.L.C. | PYOD LLC | SFG REO, LLC |
| Resurgent Capital Services PR LLC | Anson Street LLC | Pinnacle Credit Services, LLC |
| CACV of Colorado, LLC | CACH, LLC | |

**Information We May Collect.** The Resurgent Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Resurgent Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform certain services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates** From time to time, the Resurgent Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act or applicable state law.

**Sharing Collected Information with Third Parties** The Resurgent Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collections Practices Act and applicable state law.

042616

00004083  821889