AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Mario Perea, individually and on behalf of others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> Dynamic Recovery Solutions, LLC and Pinnacle Credit Services, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 18cv06706 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dynamic Recovery Solutions, LLC
c/o National Registered Agents, Inc.
208 South LaSalle St., Ste 814
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Law Office of M. Kris Kasalo, Ltd.
20 North Clark Street, Ste 3100
Chicago, IL 60602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

OURT

Date  10/04/2018

THOMAS G. BRUTON, CLERK

*(By) DEPUTY CLERK*



*ature of Clerk or Deputy Clerk*

October 4, 2018

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18cv06706

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DYNAMIC RECOVERY SOLUTIONS LLC
was received by me on *(date)* 10/4/18.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* NATIONAL REGISTERED AGENTS, INC., who is
designated by law to accept service of process on behalf of *(name of organization)* DYNAMIC
RECOVERY SOLUTIONS, LLC on *(date)* 10/4/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 106.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 10/4/18

Server's signature

MARIO KASALO
Printed name and title

20 N CLARK ST, STE 3100, CHICAGO, IL
Server's address

Additional information regarding attempted service, etc: